UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELLY PHENIX                                JURY TRIAL DEMANDED

v.                                          CASE NO.  3:13CV

CUDA & ASSOCIATES, LLC
CAROLYN M. FUTTNER

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-648 ("CCPA"), and the Connecticut Unfair Trade Practices Act, §42-110g (CUTPA).

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Defendant CUDA is a Connecticut limited liability company.

4. CUDA is in the business of purchasing defaulted consumer debt.

5. Defendant regularly collects or attempts to collect, indirectly, debts originally owed to Chase or other third parties

6. CUDA collects on the debt it purchases using means of interstate commerce, including the mail, internet, and telephone. See cudaandassociates.com website (copyright 2009-2013) soliciting internet payment.

7. CUDA has filed over 1,000 collection lawsuits in Connecticut state courts.

8. Benjamin Morris was the managing member of CUDA for many years. He was also an attorney individually admitted to practice in Connecticut, Juris No. 101064. Mr. Morris was also the managing member of The Law Office of Benjamin Morris, LLC, Juris No. 431225 (the Law Office).

9. After CUDA purchased plaintiff's personal credit card account, it sued thereon and

obtained a default judgment against plaintiff on May 23, 2011 in New Britain Superior Court, HHB-cv11-6009974-S (the State Court suit).

10. On July 21, 2011, in the State Court suit, a Financial Institution Execution was granted and issued by the clerk to CUDA.

11. The application for the financial institution execution was signed by Benjamin Morris, who died February 29, 2012.

12. The financial institution execution was promptly forwarded to a marshal for service.

13. Defendant Futtner filed her appearance in the case in lieu of any prior appearance, on July 17, 2012.

14. Since March 1, 2012, the Law Office has had no lawyer on its staff.

15. Defendants re-issued the same July 21, 2011 execution to a marshal without obtaining a new execution, and it was served on plaintiff's bank in 2013.

16. Plaintiff's bank funds were exempt from execution.

17. The bank execution caused the plaintiff, who is disabled, considerable hardship, distress, loss of income, and embarrassment.

18. The bank charged plaintiff a $100 processing fee.

19. Defendants did not immediately release the execution when they learned that the funds were exempt.

20. A Financial Institution Execution expires, by its own terms, and by operation of law, not later than forty-five days from the initial receipt by the serving officer of such execution. Conn. Gen. Stat. 52-367b(b).

21. Defendants had a pattern and practice of re-issuing already served executions that

can be issued only by the clerk of the court. Conn. Gen. Stat. §51-52; §52-367a; Conn. Practice Book § 7-2.

22. CUDA has a pattern and practice of re-issuing executions

23. CUDA re-issued expired executions to Marshal Fry on at least 35 occasions.

FIRST COUNT

24.  In the collection efforts within one year prior to the date of this action, defendants violated the FDCPA, § 1692d, -e, or –f(1).

SECOND COUNT

25. In the collection efforts within one year prior to the date of this action, defendant CUDA violated the CCPA.

 THIRD COUNT

26. In the collection efforts within three years prior to the date of this action, defendants violated CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff  such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA, plus $1,000 statutory damages against CUDA under the CCPA, and actual and punitive damages against defendants under CUTPA.

2.   Award the plaintiff costs of suit and a reasonable attorney's fee.

3.   Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

4